[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 3, 2011
JOHN LEY
CLERK

_____

No. 10-14045

_____

D.C. Docket No. 2:08-cv-00556-CEH-DNF

2002 IRREVOCABLE TRUST FOR RICHARD C. HVIZDAK,
a legal trust,
2007 RICHARD C. HVIZDAK SEPARATE TRUST,
a Delaware trust,
RCH TRUST HOLDINGS I, LP,
a Delaware limited partnership,

Plaintiffs - Appellants,

versus

THE HUNTINGTON NATIONAL BANK
successor by merger with Sky Bank,
FOSHAN POLY MARINE ENGINEERING CO., LTD,
a Chinese corporation, et al.,

Defendants,

SHENZHEN DEVELOPMENT BANK CO. LTD,

Defendant - Appellee.

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 3, 2011)

Before HULL, KRAVITCH and STAPLETON,[*] Circuit Judges.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's order, dated March 26, 2010, and thus affirm the grant of summary judgment in favor of the Defendant-Appellee Shenzhen Development Bank Co. Ltd. on the Plaintiffs' claims in Counts I, III, IV, and V of the Second Amended Complaint. In addition, we agree with the reasons set forth in the thorough and well-reasoned March 26, 2010 order of the district court judge.

**AFFIRMED.**

_____

[*]Honorable Walter K. Stapleton, United States Circuit Judge for the Third Circuit, sitting by designation.